UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14468-CIV-CANNON/Maynard

**MANDALIN ELDER**,

      Plaintiff,

v.

**KILOLO KIJAKAZI**,
Acting Commissioner of Social Security,

      Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Petition for EAJA Fee Pursuant to 28 U.S.C. 2412(d) ("Motion for Attorneys' Fees") [ECF No. 31]. On February 25, 2021, the Court referred this case to Magistrate Judge Shaniek M. Maynard for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 2]. On January 5, 2022, Judge Maynard issued a Report ("R&R") recommending that the Motion for Attorneys' Fees be granted [ECF No. 32]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 32, p. 6]. No party has filed objections.

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion for Attorneys' Fees [ECF No. 31] should be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The R&R [ECF No. 32] is **ADOPTED**.

CASE NO. 20-14468-CIV-CANNON/Maynard

2. Plaintiff's Motion for Attorneys' Fees [ECF No. 31] is **GRANTED**.

3. Plaintiff is **AWARDED** a total of $7,608.13 in attorney fees and $32.70 in reimbursable expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), which shall be made payable to Plaintiff and sent to Plaintiff's counsel's office after the Commissioner determines whether Plaintiff owes any federal debt.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of January 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record